IN THE UNITED STATES DISTRICT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE SOMDA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:21-cv-818 |

## PLAINTIFF'S CONSENT TO TRANSFER

Plaintiff Emile Somda consents to the transfer of this mandamus action to the U.S. District Court of Massachusetts.

Date: May 21, 2021

                                                      HACKING IMMIGRATION LAW, LLC

                                                    ***/s/ James O. Hacking, III***
                                                    James O. Hacking, III
                                                    10900 Manchester Rd., #203
                                                    Kirkwood, MO 63122
                                                    Telephone: (314) 961-8200
                                                    Facsimile: (314) 961-8201
                                                    jim@hackingimmigrationlaw.com

                                                    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2021, a copy of the foregoing was served via operation of the Court's electronic filing system upon the attorney for Defendants, Daniel Schaefer.

*/s/ James O. Hacking, III*